UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSANNA CURCIO,

                Plaintiff,

-against-

VICTOR GROSSMAN, et al.,

                Defendants.

21-CV-4452 (LTS)

CIVIL JUDGMENT

      Pursuant to the order issued June 15, 2021, dismissing the complaint, with 30 days' leave to replead,

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    August 4, 2021
           New York, New York

                                    /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge